

**Kutak Rock LLP**
Two Logan Square, 100 North 18th Street, Philadelphia, PA 19103-2707

**Michael T. McDonnell, III**
215.299.4384
Michael.McDonnell@KutakRock.com

October 16, 2025

Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey  07102

    Re:   *ARCO Design/Build Industrial Philadelphia, Inc. v, American Beverage Packers Urban Renewal, LLC,* et al., U.S.D.C. for the District of New Jersey, No. 2:25-cv-04073-MEF-MAH

Dear Judge Farbiarz:

    We write to advise the Court that the above-captioned declaratory judgment matter has been resolved by and between the parties and is now settled.  As Defendants have not yet answered, Plaintiff will file a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).

    Thank you for your courtesy.

                                      Sincerely,

                                      Michael T. McDonnell, III

MTM/cjb