## IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

Michael T. McDonnell, Esq. (18861990)
KUTAK ROCK LLP
100 N. 18th Street, Suite 1920
Philadelphia, PA  19103
(215) 299-4384 (Telephone)
Michael.Mcdonnell@kutakrock.com
Counsel for Plaintiff

ARCO DESIGN/BUILD INDUSTRIAL
PHILADELPHIA, INC.

            Plaintiff,

v.

AMERICAN BEVERAGE PACKERS URBAN
RENEWAL, LLC; HUEN ELECTRIC NEW
JERSEY and XL INSURANCE AMERICA INC.

            Defendants.

**CASE NO. 2:25-cv-04073**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. (41)(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff,

ARCO Design/Build Industrial Philadelphia, Inc. hereby gives notice the above-captioned action

is voluntarily dismissed with prejudice.

KUTAK ROCK LLP

By:___*/s/ Michael T. McDonnell, III*_____
        Michael T. McDonnell, III, Esquire
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael T. McDonnell, III, attorney for Plaintiff, being duly sworn, do hereby certify that I caused a true and correct copy of the foregoing, to be filed with the Court.  Service of same will be made upon all counsel of record via first-class mail and email.

Elbert F. Nasis, Esquire
Forchelli Deegan & Terrana LLP
333 Earle Ovington Boulevard
Suite 1010
Uniondale, NY  11553
enasis@forchellilaw.com

Raymond J. Michaud, Esquire
Marshall Dennehey, P.C.
1500 Midlantic Drive
Suite 200
Mount Laurel, NJ  08054
rjmichaud@mdweg.com

John C. Macce, Esquire
Macce & Cresti, PC
17 East Main Street
Clinton, NJ  08809
john@maccelaw.com

/s/ Michael T. McDonnell, III
Michael T. McDonnell, III (ID: 018861990)
Kutak Rock LLP
Two Logan Square
100 N. 18th Street, Suite 1902
Philadelphia, PA  19103-2707
Phone:  (215) 299-4384
Michael.mcdonnell@kutakrock.com
Attorney for Plaintiff

Date: October 16, 2025